BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAFEN BOZARTH<br>SSN: 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<br><br>Plaintiff,<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  CIV-S-04-2269 GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of April 14, 2005 by one week until April 22, 2005.  This is plaintiff's second request for an extension.

/ / / /

/ / / /

/ / / /

*Bozarth v. Barnhart,* CIV-S-04-2269 GGH          1

| | |
|---|---|
| Dated: April 14, 2005 | BREWER & MITCHELL, LLP |
| | By: s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 14, 2005 _____ | McGregor W. Scott<br>United States Attorney |
| | By: s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: 4/18/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

bozarth2269.eot04